1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   JAMES DAILEY,                        Case No. EDCV 16-0019 AG (SS)

12                Petitioner,

13        v.                                           **JUDGMENT**

14   SMITH, Acting Warden,

15                Respondent.

16

17        Pursuant   to   the   Court's   Order   Accepting   Findings,

18   Conclusions   and   Recommendations   of   United   States   Magistrate

19   Judge,

20

21        IT IS HEREBY ADJUDGED that the above-captioned action is

22   dismissed without prejudice.

23

24   DATED: March 31, 2016

25

26                                        _____
                                          ANDREW J. GUILFORD
27                                        UNITED STATES DISTRICT JUDGE

28